1  Daniel C. DeCarlo, SB# 160307
   Ivan L. Tjoe, SB# 203420
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: (213) 250-1800
4  Facsimile: (213) 250-7900
   Email:   decarlo@lbbslaw.com
5           tjoe@lbbslaw.com

6  Attorneys for Defendants ACERMED, INC.;
   MIKE BINA and RICHARD YONIS
7

8  Roger W. Clark, SB# 108982
   Robert D. Goldberg, SB# 137356
9  **CLARK, GOLDBERG & MADRUGA**
   11400 W. Olympic Boulevard, Suite 1150
10 Los Angeles, California 90064
   Telephone: (310) 478-0077
11 Fax:       (310) 478-0099
   Email:    rgoldberg@cgold.cc
12
   Attorneys for Plaintiff Gulf Coast Orthopaedic
13 Specialists, Inc.

**NOTE CHANGES MADE BY THE COURT.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| GULF COAST ORTHOPAEDIC SPECIALISTS, INC., a Florida Corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>ACERMED, INC., a California Corporation formerly known as CAREIS Number 1 Inc., MIKE BINA, an individual; RICHARD YONIS, an individual; and DOES 1 to 10, inclusive.<br><br>Defendants. | Case No.: CV 06-6771 GW (RCx)<br><br>~~[PROPOSED]~~ **ORDER**<br><br>**[FILED CONCURRENTLY WITH JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER RE CONFIDENTIALITY OF DISCLOSURES]**<br><br>ACTION FILED: October 24, 2006<br><br>TRIAL DATE: September 30, 2008 |

///

4824-6970-9314.1

## ORDER

**WHEREAS** this Court reviewed the Parties' Joint Stipulation For Entry of Protective Order Re Confidentiality of Disclosures. This Court finding good cause orders the following:

1. The Parties' Joint Stipulation For Entry of Protective Order Re Confidentiality of Disclosures is **GRANTED**; *provided, however, any motion under paragraph 10 must comply with Local Rule 37.*

**IT IS SO ORDERED.**

DATED: 4/30, 2008         By: _____
                              HON. ROSALYN M. CHAPMAN
                              United States District Court Magistrate Judge

4824-6970-9314.1                    -1-